# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

**MARC BARRECA**
Bankruptcy Judge
**Zachary A. Cooper**
Law Clerk

**(206) 370-5312**

United States Courthouse, Room 7106
700 Stewart Street
Seattle, Washington 98101

February 25, 2020

Oscar Olive
101 N Ocean Dr.
Suite 132
Hollywood, FL 33019

      Re: <u>Olive v. Robinson</u>, Adv. No. 19-01105-MLB

Dear Mr. Olive:

      The Court received your *pro se* Plaintiff's Brief in Support of Default Judgment Against Hayley Marie Robinson (the "Motion"). It has been placed on the docket for the above-referenced case. *See* Docket No. 10.

      Please be advised that your Motion was <u>not</u> filed and served in accordance with the Bankruptcy Code and applicable federal and local rules of bankruptcy procedure. Therefore, **Judge Barreca has not considered the merits of your Motion and will take no further action** unless and until the matters described therein are properly before the Court. For example, a motion for default, where the defaulting party has entered an appearance, must give the defaulting party written notice of the requesting party's intention to move for entry of default at least fourteen days prior to filing the motion and must provide evidence that such notice had been given. *See* Local Rule, W.D. Wash. 55. Furthermore, the Motion did not appear to be set for hearing in accordance with Local Rule, W.D. Wash. Bankr. 9013-1. I also note that the Defendant has since answered the complaint. *See* Dkt. No. 11.

      To properly bring a motion before the Court, you must proceed in accordance with the Bankruptcy Code and applicable federal and local rules of bankruptcy procedure. Further information and Judge Barreca's available calendar dates are available on the Court's website, <u>www.wawb.uscourts.gov.</u>

//
//
//

Bankruptcy Rule 9003 and the Code of Judicial Conduct prohibit the Court from having *ex parte* contact with a party concerning matters that may come before it. Thus, if you wish to pursue an action in this case, you should be aware that the Court cannot render legal advice or substantive instructions on how to proceed. Any questions you may have should be directed to an attorney.

Sincerely,

*/s/ Zachary A. Cooper*

Law Clerk to Judge Marc Barreca